# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-mj-00456-BNW-2 |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR ANDREW LYNAM (ID#) 08135403 |
| vs. | |
| ANDREW LYNAM, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **ANDREW LYNAM** before the United States District Court at Las Vegas, Nevada, on or about **June 15, 2020, at 3:00 PM in ctrm. #3B**, for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: June 2, 2020

_____
UNITED STATES MAGISTRATE JUDGE

1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  NICHOLAS D. DICKINSON
   Assistant United States Attorney
4  501 Las Vegas Boulevard South
   Suite 1100
5  Las Vegas, Nevada  89101
   702-388-6336

6

                    UNITED STATES DISTRICT COURT
7                        DISTRICT OF NEVADA
                              -oOo-
8

9
   UNITED STATES OF AMERICA,            ) Case No.: 2:20-mj-00456-BNW-2
10                                      )
              Plaintiff,                ) PETITION FOR WRIT OF HABEAS
11                                      ) CORPUS AD PROSEQUENDUM FOR
                                        ) ANDREW LYNAM
       vs.                              ) (ID#) 08135403
12                                      )
   ANDREW LYNAM,                        )
13                                      )
              Defendant.                )
14                                      )
                                        )

15
       The petition of the United States Attorney for the District of Nevada respectfully shows
16
   that **ANDREW LYNAM** is committed by due process of law in the custody of the Warden,
17
   Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **ANDREW**
18
   **LYNAM** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the
19
   said **ANDREW LYNAM** may be present before the United States District Court for the District
20                           **June 15, 2020, at 3:00 PM in ctrm. #3B**
   of Nevada, Las Vegas, Nevada, on _____, for arraignment and
21
   from time to time and day to day thereafter until excused by the said Court.
22
       That the presence of the said **ANDREW LYNAM** before the United States District Court
23
   on or about **June 15, 2020, at 3:00 PM in ctrm. #3B**, for arraignment and from time to time
24
   and day to day thereafter until excused by the Court has been ordered by the United States

   Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **ANDREW LYNAM** before the United States District Court on or about **June 15, 2020, at 3:00 PM in ctrm. #3B**, for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 2th day of June, 2020

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*Nicholas D. Dickinson*
NICHOLAS D. DICKINSON
Assistant United States Attorney

2