AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:20-mj-00456-BNW |
| | ) | |
| ANDREW LYNAM | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>before: Magistrate Judge Nancy J. Koppe. | Courtroom No.: | 6B |
|---|---|---|---|
| | | Date and Time: | June 16, 2020 at 1:30 PM |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  June 10, 2020

*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*

_X_ FILED       ___ RECEIVED
___ ENTERED    ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

JUN 10, 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY