RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SYLVIA A. IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702)388-6261/Fax
Sylvia_Irvin@fd.org

Attorney for Andrew Lynam

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00456-VCF-2 |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| ANDREW LYNAM, | |
| Defendant, | |

   Pursuant to the Court's order [ECF No. 13], notice is hereby given that Assistant Federal Public Defender Sylvia A. Irvin, will serve as counsel for the above-captioned defendant.

Counsel's address is as follows:

      Federal Public Defender
      411 E. Bonneville Avenue, Suite 250
      Las Vegas, Nevada 89101

DATED June 15, 2020      Respectfully submitted,

                                               RENE L. VALLADARES
                                               Federal Public Defender

                                       By  */s/ Sylvia A. Irvin*
                                               SYLVIA A. IRVIN
                                               Assistant Federal Public Defender

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on, June 15, 2020, she served a copy of the above and foregoing **NOTICE OF APPEARANCE** by electronic service (ECF) to all parties of record including the persons named below:

>NICHOLAS TRUTANICH
>United States Attorney
>NICHOLAS D. DICKINSON
>Assistant United States Attorney
>501 Las Vegas Blvd, Suite 1100
>Las Vegas, NV 89101

>                              */s/ Felicia Darensbourg*
>                              Employee of the Federal Public Defender