# EXHIBIT 1

# EXHIBIT 1

# Sylvia Irvin

**From:** Arissa Lynam <​███████@gmail.com>
**Sent:** Sunday, June 14, 2020 9:18 PM
**To:** Sylvia Irvin
**Subject:** Andrew Lynam

I am the mom of Andrew Lynam.  He is 23 years old so he has technically been an adult for 5 years however he had been an acting adult for 20 years.  In 2000 when youngsters his age were watching Blues Clues, The Bear in the Big Blue House and The Wiggles, Andrew would scroll to the history channel and watch WWII documentaries.  He was always described as being so serious and was definitely all about the rules.  In handing him off to me from preschool one afternoon, his teacher said they played a little game of hockey that Andrew wouldn't participate in because he said it's not safe to play hockey without a helmet, you could get a head injury.  She asked how he knew the term head injury and I wasn't really sure.  That was the first of many times teachers/people would ask me how he knew such info so young.  He listens, he reads everything and he has always been extremely cerebral.  In 4th grade he came home with a prize because he was the only one to solve a crossword puzzle that even the teacher wasn't quite sure about.  It was about vegetables and the answer was bell pepper.  I asked Andrew how he knew that and he said he reads the grocery ads.

  Not only was he wise beyond his years but his belief system was steadfast.  He was always one to speak out and stand up for what he believes to be good.  In elementary school his teacher made a comment that a different culture's tradition was better than Christmas.  That was the first of many days that the printer would start to whirr in a frenzy upon his arrival home from school as Andrew began to put his arguments together to present his case for why Christmas is the best day ever.  Always backed by facts of course.  He was never retaliatory, destructive or malicious but he was not going to go unheard about what he believed to be good.

  Andrew is the oldest of 5 kids.  He is a protector.  He is my helper.  He brings me flowers, changes my tires, watches the younger kids, moves furniture and all the other things you'd count on a strong young man to do.  He is the only one of my kids who willingly does hot yoga with me, not just on obligatory Mother's Day or my birthday. He spent the better part of our ski trip this winter helping people who were down on the mountain, injured. He carried some of his medic supplies just in case.  He lectured one set of parents that their 5 year old shouldn't have been on the side of the mountain with him for so long unattended and then gave the same lecture to ski patrol about their response time.

  Andrew made the mature decision to seek help for his problem with alcohol in April of 2018.  He drove himself to a rehab in Salt Lake City in April of 2018.  He spent 3 months inpatient and continued the recommended time of 9 months in a sober living outpatient program then returned to Las Vegas in January 2019.  He has been living locally, sober ever since.

  This is obviously a heartbreaking situation for me and our family.  No mom wants to talk to her son from a jail cell.  I used my few minutes to remind him that God is with him in his darkest hours and that every single thing that happens in life is a lesson and opportunity to fix and better some things.  He used his few min to tell me to tell everyone that he loves his family, his community and his country.  I can tell you that he has more passion and knowledge about American history, and the constitution than anyone else I have ever spoken with.  Andrew is smart, resolute and he is 23 years old.

  I am confident that Andrew will follow terms and conditions of a release.  He has a tremendous amount of familial and community support. I have been overwhelmed with an outpouring of texts, calls, prayers and offers to help.  I also have 21 and 20 year old adult children, all proudly Vegas born and raised.  They have also been taken aback by how many peers have reached out to them or approached them in public with well wishes for Andrew and our entire family.

# Sylvia Irvin

| | |
|---|---|
| **From:** | Andy Lynam <​█████@customjacks.com> |
| **Sent:** | Sunday, June 14, 2020 11:51 PM |
| **To:** | Sylvia Irvin |
| **Subject:** | Dear, Your Honor Judge Koppe |

My name is Andrew Lynam Sr., Andrew's Father. I am writing you this letter because I am extremely concerned for my Son and his safety in jail. My Son Andrew is an Army Combat Medic, he cares for people, always has, and has a good heart. He would never hurt anyone or anything intentionally. He is a bright young man, he is the big brother to, two brothers and two sisters, who love and care for him very much..His focus in our conversations the past two weeks, has always been to please tell his siblings he loves them. We are a family that was born to serving our Country, Community, and those in need. It has always been a fabric in our family. I am a decorated Coast Guard Veteran, business owner, volunteer in church and several veteran organizations. My company builds American Flag, artwork to honor veterans, first responders, active duty and fallen.  Andrew's mother has been in the healthcare field as an occupational therapist, for over 25 years. Andrew was raised in a loving home with both parents, that love him very much. Andrew played Soccer,Football, and Baseball all throughout his youth years. He is not, nor has he ever been a danger to his community. If you grant his release, on bail, which I beg of you. I will be his custodian and ensure he abides by all the requirements, and hold him accountable. I thank you for the time. Please consider my Plea,
Sincerely Andrew Lynam Sr.

**Andrew Lynam USCG Veteran**
**Custom Jacks**
**702-█████**

June 12, 2020

RE: Andrew Lynam

To Whom It May Concern:

I am writing a character letter for Andrew Lynam.  I first had the opportunity to meet Andrew when my youngest son, Grant, starting playing soccer with his brother, John, in October 2013.  Andrew's dad, Andy Lynam, was also the assistant coach to the team.  Over the next seven years, both our families have gotten very close, and John and Grant became best friends and continued to play club and high school soccer together, and both currently play soccer for UNLV.  With the families being so close, it has allowed me to see Andrew in many different settings whether it be on the soccer field cheering the team on, family parties, soccer parties, out-of-state tournaments, family trips, Andrew refereeing my other boys' soccer games, or being a high school counselor at Andrew's school.

 In all these interactions, Andrew was a polite, articulate, kind, and respectful young man.  He would often join in the conversations with me about sports, experiences he had refereeing games, high school academics, post-high school options, post-high school plans, the Las Vegas community, family, soccer, Coronado High School community, etc.  I enjoyed talking with Andrew. He was open-minded and had a great sense of humor.  He did not take life so seriously and was optimistic. He also seemed driven and had direction. He wanted to take care of his responsibilities and pay his bills. He wanted long-term employment that would make him financially independent from his family and not place any financial burdens on the family, which he achieved, in his early twenties. I respected that about him. He seemed a lot more mature than his peers.  His parents were also going through a painful separation.  During this time, Andrew was a place of solace for both parents and gave them sound advice, never taking sides even though I am sure he had his opinions.

Grant, my son, spent a lot of time in the Lynams' house.  It was not unusual for Grant to go over to their home three to four times a week.  The family considered Grant as another family member. Grant would spend a lot of time with the family playing video games, sports, watching TV, swimming, family dinners, family trips, etc.  In all these interactions, he never said anything ill-willed about Andrew.  He considered Andrew like an older brother.

I have worked with adolescents for the past 30 years.  I first started my career at Child Behavioral Services (CBS) for the State of Nevada. It was renamed, Desert Willow. I worked in the Special Adolescents Treatment Program (SATP).  The program was a court-ordered program for male offenders between the ages of 13 to 17 years old.  I worked there for six years as a Mental Health Technician.  During this time, I also completed a six months internship for my masters at the Family and Children Courts as an MFT intern for the freedom program.  Following my masters

in MFT, I went back and received my master's in school counseling and worked for the Clark County School District as a school counselor from 1996-2014. I was the first school counselor at CCSD to be named "Counselor of the Year" by my peers, administration, and students. I am currently retired from CCSD and continue to work as a high school counselor at Odyssey Charter School in Las Vegas.

With extensive experience working with teenagers, families, and raising three boys, I never saw anything in Andrew's behavior that would indicate that he was not a genuine and caring person. When I first heard Andrew's name with the connection with the allegations, I did not put the two together. I remember driving down Volunteer Avenue and hearing the radio announcer state the three names. I thought it was odd that one of the persons mentioned had the same last name as John (Andrew's brother) because Lynam is so unusual, never putting the connection together. I can say without any hesitation, I have never seen behaviors or a thought process of Andrew's that would support these allegations. Quite the contrary, Andrew is responsible, calm, respectful, open-minded, non-judgmental, mature, kind, sensible, family orientated, and community orientated.

Sincerely,
Robert Smyth

# Sylvia Irvin

**From:** Anthony Fernandez <​█████@aol.com>
**Sent:** Saturday, June 13, 2020 1:58 PM
**To:** Sylvia Irvin
**Subject:** Character Reference For Andrew Lynam

Dear Judge Koppe,

My wife and I first met Andrew in October 1997 with his parents Arissa and Andy. Living in the same complex we became close friends and part of their family. We often baby sat Andrew and grew very close to the little guy who became our adopted grandson.

As the years grew Andrew kept busy with school and sports activities. He joined the school's musical offerings which enabled him to learn to play the violin. We attended one recital he played in and were not surprised to see his ability to be part of a winning musical experience. He became an altar boy with his younger brother John and served at St Francis of Henderson NV.

Being part of the his family, we witnessed Andrew becoming a respectable, kind, generous and thoughtful young man. He was very fortunate to have the proper upbringing. His parents instilled in him the importance of God and family. Andrew being the first born in the family and having two younger brothers and two sisters showed qualities you would expect from an elder sibling. Always setting a good example. As he left his teen years, Andrew continued to stay in touch with us, even on this past May 15th we texted and said we had to get together when this virus situation was better. We were devastated when we heard of this unfortunate event. This is not the Andrew we know and love.

Andrew and his brothers and sisters address us as Papa Tony and Mama Peggy, and enduring title we will always cherish.

Sincerely,
Anthony and Margaret Fernandez
█████████
Henderson, NV ████

# Sylvia Irvin

**From:** Gabrielle Houston <​_____@yahoo.com>
**Sent:** Sunday, June 14, 2020 7:10 PM
**To:** Sylvia Irvin
**Subject:** Andrew Lynam, Jr.

Dear Judge Koppe:

My name is Gabi Houston. I have been asked to write a character letter to you regarding Andrew Lynam, Jr. Although I wish this was a request for a recommendation letter for a school Andrew was applying for or a job he was in the running for, it is not, but I will give it the same weight and importance and speak truthfully from my heart and mind just the same.

I have lived in Las Vegas since I was six months old. During my time here, I have met and crossed paths with many people. Some have remained constants in my life while some have not. The Lynam family has been a constant in my life since my family met theirs almost 20 years ago.

Andrew is the oldest in the family of 5 kids. I always had a special liking/love for him. He always spoke his mind and stood up for what he truly believed in. I respected that. And although his choices over the years led him down some wrong paths, I feel he had the ability to learn and pivot and make changes each time. Andrew's parents parented and continue to parent with tough love. They believe in responsibility and hold their kids accountable. But unfortunately, strong parenting does not always win out. Andrew is not perfect, far from it. But I have to tell you he is a good soul. A very lost soul right now but a good soul.

I want you to know I fully understand the impact of what could have happened on the day he was arrested. I am so grateful that nobody was hurt. Period. I am not asking for special treatment for Andrew or for there not to be any repercussions to his actions. What I am asking for is to please know that he comes from a good family, a strong family who will do everything they can for Andrew. Please know he is a young man, who can and will make better choices. Please know that together (Andrew, his family and friends) can and will if given the chance make this right.

I believe so much that people can turn their lives around, particularly when they have hit rock bottom. Sometimes that is what people need is to be at the very bottom to want to crawl their way back. Andrew is a young man who yes made some bad decisions and got caught up with some very bad people. But I truly feel and believe he will pivot after this tragic event and make his life and others better.

I am not sure if I said the right things or not, but I wrote the truth and spoke from the heart. Thank you for taking the time to accept and read these letters.

Sincerely,

Gabi Houston

**Sylvia Irvin**

| | |
|---|---|
| **From:** | Kimberly Merrill <████████@icloud.com> |
| **Sent:** | Sunday, June 14, 2020 11:29 AM |
| **To:** | Sylvia Irvin |
| **Subject:** | Andrew Lynam |

Dear Judge Knoppe:

My family and I have known Andrew and his family since 1997. We spent a lot of time together at each other's homes, the community pool, at birthday parties, and at sporting events. Andrew was respectful of his parents, other parents, coaches, teammates, and others in authority. He got along with his siblings and friends.

Sincerely,
Kimberly Merrill

Sent from my iPhone

1

June 15, 2020

The Honorable Nancy J. Koppe
United States District Court Judge
District of Nevada
333 S Las Vegas Blvd
Las Vegas, NV 89101

Re:  Andrew Lynam

Dear Judge Koppe,

My name is Karen Hornick and I am the President of wholesale insurance brokerage house located in PA.

I have known Andrew his entire life as his mother and I grew up together.  I have watched him grow from a baby into a teenager into the young man he is today.  Andrew in his young years was always studious and sincere.  He always watched over his younger brothers and sisters, protecting them from any harm they might find themselves in.

During his teenage years, I saw him focus on his grades while becoming an exceptional soccer player.  I watched him take time to coach younger players to provide them guidance and inspiration.  When he began refereeing the sport, he always did so with integrity and fairness.

As a young man, I had the pleasure of Andrew coming to stay with me for several months in PA.  It had to have been a difficult transaction, as he came to stay with me in January - cold, snowy winter months.  I saw than just the type of individual he had become.  I watched him diligently look for work, working two jobs at one time.  I saw him make new friends in the area as well as look into our local colleges, all while helping around the house.  Including shoveling a heavy weight snow, originally equating it to shoveling sand.  He quickly learned it was not the same.

Andrew is a good person.  Since I have known him his entire life, I truly believe his actions represent an aberration that he will never repeat.

Thank you for taking these thoughts into consideration.  I am ready to offer any support to Andrew.

Respectfully,

*Karen Hornick*

Karen Hornick

June 14th, 2020

To the Honorable Magistrate Judge Koppe,

 I am writing to you on behalf of Andrew Thomas Lynam Jr. Mr. Lynam and I have been dating for approximately the past year and a half. During which I regarded him to be a dedicated partner and my most reliable friend. I am writing to you, in hopes to paint Mr. Lynam in the light, in which I see him.

 Mr. Lynam became my best friend the moment I met him. His quickness to make light of any situation, and dedication to honest between the two of us, became my favorite things about him. 2020 has been a difficult year for most, and like many other American's Mr. Lynam and I both felt the repercussions of this year's events. Despite dwindling savings and rising anxiety about the future, Andrew dedicated himself to our relationship. Andrew made it a goal, every single day to do something to show me that would make me smile. This could range from making my coffee the way I like it, so that I had more time to get ready in the morning; to cleaning out the kitchen pantry before my mom came to visit me. Andrew would offer to cook with me when it was my turn, so he could ask me about my day. He never failed to offer to walk my dog at night, telling me it was so I could stay safe and warm at home.

 Mr. Lynam has also demonstrated to be a reliable friend. Before this, I never put effort on dwelling up the nuances of what friendship is. I think we can all agree a good friend is someone you get along with, but it is so much more than that. What qualifies Mr. Lynam as my friend is the effort, he puts for with expecting nothing in return. He's done this by spending more nights than I can count, staying up with me to study for an anatomy course. He has never failed to try to teach himself an equation so he can help me with one that I just couldn't quite decipher. When he engages with you, it's always with purpose and effort. Mr. Lynam is the type of friend who surprises you on your Birthday with your favorite type of cake but is also sure to be there on a day that hasn't gone your way with the same amount of love and enthusiasm.

 Mr. Lynam has gone out of his was to try to prove to me that he is a man who is willing to prove himself. My hope in writing this letter, the court will allow Mr.Lynam to prove himself to by the type of man I know him to be.

 Respectfully,
 Olivia Cardinal